UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | ECF CASE |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** S6 15 Cr. 867 (RMB) |
| TURKIYE HALK BANKASI, A.S., | ) ) |  |
| Defendant. | ) |  |

TO:  Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

DANIEL M. GITNER
Attorney for the United States, Acting under
Authority Conferred by 28 U.S.C. § 515

by:  /s/ Jacob H. Gutwillig
Jacob H. Gutwillig
Assistant United States Attorney
(212) 637-2215
Jacob.gutwillig@usdoj.gov